Amended on Record
21 USC 844   1/30/14

## United States District Court
## Violation Notice

CVB Location Code: NJ10

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 2186819 | TAYLOR | 3895 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/29/2011 0225
Offense Charged: ☒ State Code — NJSA 2C:35-10(A)(4)

Place of Offense: BLDG 173 POLICE HEADQUARTERS

Offense Description Factual Basis for Charge:
POSSESSION OF 50 GRAMS OR LESS OF MARIJUANA

2186819

**DEFENDANT INFORMATION**

Last Name: VERNIERI
First Name: JOSEPH
MI: C.

[defendant information redacted]

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

United States District Court
United States Court House
50 Walnut Street
Courtroom 4A
Newark, NJ 07101

appearance date by mail
Date (mm/dd/yyyy): 07/28/2011
Time (hh:mm): 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

[signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 29, 20 11 while exercising my duties as a law enforcement officer in the FEDERAL District of NEW JERSEY

SEARCH INCIDENT TO ARREST REVEALED 4 1"x1" PLASTIC BAGS UNDER VERNIERI'S SCROTUM. NIK AND SIRCHIE TESTS PERFORMED AND GAVE POSITIVE INDICATIONS FOR MARIJUANA/THC.

The foregoing statement is based upon
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 05/29/2011
Date (mm/dd/yyyy)   Officer's Signature [signature]

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 6/9/2011 13:43:47